FILED: 07/18/2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-4680
(3:20-cr-00221-KDB-DCK-1)

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

  v.

PRINCETON PATTERSON,

   Defendant - Appellant.

O R D E R

  Princeton Patterson appeals his convictions and 188-month sentence imposed following his guilty plea to two counts of distributing and possessing with intent to distribute methamphetamine, in violation of 18 U.S.C. §§ 2, 841(a)(1), (b)(1)(B); distributing and possessing with intent to distribute cocaine base, in violation of 18 U.S.C. §§ 2, 841(a)(1), (b)(1)(B); and two counts of possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1), 924(e)(1). After review of the record pursuant to *Anders v. California*, 386 U.S. 738 (1967), we order supplemental briefing on the following issue:

  Whether the district court adequately explained why the 24 discretionary conditions of supervised release were warranted under 18 U.S.C. § 3583(d)

and whether those conditions are reasonably related to the statutory factors in 18 U.S.C. § 3583(d).

The Clerk will establish a supplemental briefing schedule by separate order.

For the Court

/s/ Patricia S. Connor, Clerk