Filed: July 18, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 21-4680,    <u>US v. Princeton Patterson</u>
          3:20-cr-00221-KDB-DCK-1

The court directs supplemental briefing as follows:

Supplemental opening brief due: 08/17/2023

Supplemental response brief due: 09/07/2023

Supplemental reply brief permitted by: 09/14/23

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ PATRICIA S. CONNOR, CLERK
By: Richard H. Sewell, Deputy Clerk